■ Bon Jour Group, LLC, Appellant, v Wathne, Ltd., Respondent. (And a Third-Party Action.) [831 NYS2d 323]—Appeal from order, Supreme Court, New York County (Richard B. Lowe, III, J.), entered February 8, 2006, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Saxe, J.P., Sullivan, Williams, Sweeny and Malone, JJ.